UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-14007-TP-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

        Plaintiff,

vs.

JOHN MCHUGH,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation on Defendant's Admission to Violation Number 1 as Set Forth in the Petition for Violation of Supervised Release.

**THE MATTER** was set before United States Magistrate Judge Shaniek M. Maynard, on June 6, 2019 for a final hearing on the Petition for Warrant or Summons for Offender Under Supervision ("Petition"). A Report and Recommendation was filed on August 13, 2019, [ECF No. 44], recommending that this Court find Defendant in violation of the conditions of his supervised release in respect to Violation Number 1, as set forth in the Petition. The Parties were given an opportunity to file objections. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation of Magistrate Judge Shaniek M. Maynard, [ECF No. 44] on Defendant's final hearing to the violation as set forth in respect to the Petition Alleging Violation of Supervised Release is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Court finds that the Defendant has violated the terms and conditions of his supervision in respect to Violation Number 1, as set forth in the Petition for Warrant or

Summons for Offender Under Supervision.   Sentencing is set on **Tuesday, October 15, 2019 at 2:30 p.m.,** in courtroom 4008, at 101 South U.S. Highway 1, Fort Pierce, Florida.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20 day of August, 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE


Hon. Magistrate Maynard
All Counsel of Record
U.S. Probation Office