UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 16-TP-14007-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

v.

JOHN MCHUGH,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

**THIS CAUSE** came before the Court upon the Petition for Warrant or Summons for Offender Under Supervision ("the Petition") filed by the United States Probation Office **[ECF No. 69]** on March 26, 2025.

**THE MATTER** was heard in front of Magistrate Judge Shaniek Mills Maynard on May 7, 2025 **[ECF No. 90]**. A Report and Recommendation was filed on June 3, 2025, recommending that the Defendant's admission of guilt as to Violations 1 through 11 of the Petition be accepted **[ECF No. 91]**. The Defendant was afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 91]** of United States Magistrate Judge Shaniek Mills Maynard, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty of Violations 1 through 11 of the Petition. Violation 1 charges Defendant with Failing to Follow the Instructions of the Probation Officer on January 23, 2025, the day the Defendant deviated from his approved location monitoring schedule without first securing permission. Violations 2 through 8 charge Defendant with failing to participate in the

Location Monitoring Program on various dates, wherein he had approved schedules, but used these approved schedules for unauthorized activities. Violation 9 charges Defendant with Failing to Follow the Instructions of the Probation Officer on March 5, 2025, the day the Defendant had visitors at his residence without prior permission. Violation 10 charges Defendant with Failing to Answer Truthfully all Inquiries by the Probation Officer with regards to the presence of another individual inside his residence. Violation 11 charges Defendant with Failing to Refrain from Violation of the Law on March 20, 2025, the day the Defendant committed the offense of soliciting, inducing, enticing, or procuring another to commit prostitution, lewdness, or assignation, contrary to Florida Statute 796.07(2)(f). Therefore, Defendant has been found to violate several conditions of his supervised release, and a Final Revocation of Supervised Release Hearing will be set to sentence him on this matter.

The Final Revocation Hearing in this matter will be set for **Monday, August 25, 2025, at 9:30 a.m.**, before the Honorable District Judge Jose E. Martinez at the Alto Lee Adams Sr. United States Courthouse, 101 South U.S. Highway 1, Fort Pierce, Florida 34950.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 12 day of June, 2025.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Shaniek Mills Maynard
All Counsel of Record
U.S. Probation Office